# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:    TAMARA S WITCHER

Debtor(s)

Case No. 12-27346

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/09/2012.

2) The plan was confirmed on 11/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/25/2013.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $63,567.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 12-27346    Doc 53    Filed 05/29/13    Entered 05/29/13 13:37:07    Desc Main
              Document      Page 2 of 4

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,501.92 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,501.92** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $773.67 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $112.13 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$885.80** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCESS CREDIT UNION | Secured | 7,525.00 | 11,795.67 | 9,500.00 | 800.00 | 0.00 |
| ACCESS CREDIT UNION | Secured | NA | 1,608.69 | 1,608.69 | 816.12 | 0.00 |
| ACCESS CREDIT UNION | Unsecured | 2,344.08 | 0.00 | 2,295.67 | 0.00 | 0.00 |
| AETNA | Unsecured | 220.30 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 1,500.52 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 156.55 | NA | NA | 0.00 | 0.00 |
| ASTER REMODELING INC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 5,042.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 4,902.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 3,532.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 3,532.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,208.00 | 1,622.40 | 1,622.40 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 920.00 | 920.00 | 920.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 302.00 | 755.00 | 755.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 95.00 | 795.00 | 795.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 468.66 | 0.00 | 593.02 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 468.66 | 1,061.68 | 468.66 | 0.00 | 0.00 |
| COMCAST | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Unsecured | 1,670.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EMPLOYMENT SECURITY | Unsecured | 12,883.00 | 12,275.00 | 12,275.00 | 0.00 | 0.00 |
| DEPT OF EMPLOYMENT SECURITY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 17,080.74 | 23,868.74 | 23,868.74 | 0.00 | 0.00 |
| EPMG | Unsecured | 330.00 | 330.00 | 330.00 | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Unsecured | 1,318.21 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 12,883.00 | 5,778.28 | 5,778.28 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS BELL TELEPHONE CO | Unsecured | 759.00 | 2,825.24 | 2,825.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,353.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 738.89 | 1,493.26 | 1,493.26 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,765.00 | 7,322.28 | 7,322.28 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Secured | NA | 8,971.47 | 8,971.47 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Unsecured | 2,048.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Secured | 92,400.00 | 91,834.46 | 100,805.93 | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 10,850.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 9,316.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 1,853.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 634.02 | 634.04 | 634.02 | 0.00 | 0.00 |
| MARTINEZ FAMILY DENTAL | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 597.51 | 597.51 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,318.21 | 1,318.21 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 380.94 | 380.94 | 380.94 | 0.00 | 0.00 |
| NORTHWOOD UNIVERSITY | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| NORTHWOOD UNIVERSITY MI | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,008.63 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 618.66 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 956.51 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 6,161.81 | NA | NA | 0.00 | 0.00 |
| SHOP NOW PAY PLAN | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| SLC CONDUIT | Unsecured | 3,619.00 | NA | NA | 0.00 | 0.00 |
| SLC CONDUIT | Unsecured | 2,469.00 | NA | NA | 0.00 | 0.00 |
| SME PATHOLOGISTS SC | Unsecured | 220.30 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN EMERGENCY HOS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $100,805.93 | $0.00 | $0.00 |
| Mortgage Arrearage | $8,971.47 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,108.69 | $1,616.12 | $0.00 |
| All Other Secured | $468.66 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$121,354.75** | **$1,616.12** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,322.28 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,322.28** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$56,482.29** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $885.80 |
| Disbursements to Creditors | $1,616.12 |
| **TOTAL DISBURSEMENTS** : | **$2,501.92** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/29/2013     By: /s/ Tom Vaughn
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**